**FILED**

DEC 0 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
THERN DISTRICT OF CALIFOR-

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DALLAS JAMES,<br><br>                            Petitioner,<br>    v.<br>ROSEANNE CAMPBELL, Warden<br>                            Respondent. | C 07-0782 JSW (PR)<br><br>[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME<br><br>(Docket No. 9) |

Good cause appearing, Respondent's application for a 60-day enlargement of time within which to file a response to the petition for writ of habeas corpus is GRANTED. The response shall be filed on or before January 25, 2008. Petitioner's traverse or reply shall be filed within 30 days of receipt of the response.

IT IS SO ORDERED.

DATED: DEC 0 3 2007

JEFFREY S. WHITE
United States District Judge

James v. Campbell—[Proposed] Order Granting Enlargement of Time—Dallas v. Campbell—C 07-0782

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DALLAS JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>ROSEANNE CAMPBELL et al,<br><br>    Defendant.<br>_____/ | Case Number: CV07-00782 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Dallas James
P07062
M.C.S.P.
P.O. Box 409020
Ione, CA 95640

William Michael Kuimelis
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: December 3, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk